## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**DONALD W. RAGER.**

   **Plaintiff,**

**v.**         **Case No. 5:15cv35-MW/EMT**

**WARDEN PAIGE AUGUSTINE,**
**et al.,**

   **Defendants.**
_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 111, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 118.   Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion.   Plaintiff's Motion for Default Order for Defendant Augustine, ECF No. 111, is **DENIED**.  This case is remanded to the Magistrate Judge for further proceedings.

  **SO ORDERED on March 21, 2017.**

      **s/Mark E. Walker   ____**
      **United States District Judge**